# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **BEAU TOWNSEND FORD LINCOLN, INC.** | : | CASE NO. 3:15-CV-00400 |
| **PLAINTIFF,** | : | JUDGE: THOMAS M. ROSE |
| v. | : | MAGISTRATE JUDGE: MICHAEL J. NEWMAN |
| **DON HINDS FORD, INC.** | : | |
| **DEFENDANT** | : | |

### AGREED ORDER EXTENDING THE AUTOMATIC STAY OF EXECUTION PROVISION OF RULE 62 UNTIL AND THROUGH NOVEMBER 6, 2017

Upon agreement of the parties, and for good cause shown, it is hereby

**ORDERED** that the automatic stay of execution under Federal Rule of Civil Procedure 62(a) be extended in this case until November 6, 2017. No execution may issue on this Court's October 16, 2017 Final Judgment Entry, nor may proceedings be taken to enforce it, until after November 6, 2017.

                                                         IT IS SO ORDERED.

October 30, 2017                                    *s/Thomas M. Rose

                                                        _____
                                                        Judge Thomas M. Rose

/s/ James M. Hill

James M. Hill (0030633)
**JAMES M. HILL CO., L.P.A.**
2365 Lakeview Drive, Suite A
Beavercreek, OH 45431-3639
Tel: (937) 427-2000
Fax: (937) 320-5393
E-Mail: kchapman@jmhilllaw.com
Attorney for Plaintiff, Beau Townsend Ford Lincoln, Inc.


Per Telephone Authorization 10/27/2017
Brian S. Jones
**Bose McKinney & Evans, LLP**
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
Tel: (317) 684-5462
Fax: (317) 223-0462
Email: B.Jones@boselaw.com
Attorney for Defendant, Don Hinds Ford, Inc.